◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARY HOLMES, Appellant. (Appeal No. 2.) [726 NYS2d 882] —Judgment unanimously affirmed. Same Memorandum as in *People v Holmes* (284 AD2d 984 [decided herewith]). (Appeal from Judgment of Monroe County Court, Dattilo, Jr., J.—Rob-

bery, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Burns, JJ.